IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NEXSTAR MEDIA INC.,**<br>   **Plaintiff,**<br>v.<br><br>**TAYLORED MEDIA GROUP, LLC,**<br> and **JAMIE TAYLOR**<br>   **Defendants.** | Civil Action No.: 3:25-cv-01119-VDO |

### NOTICE OF DISMISSAL OF CIVIL ACTION UNDER FRCP 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Nexstar Media Inc., by and through their counsel of record, hereby give notice that the parties have reached a settlement and the above-captioned action is therefore voluntarily dismissed, with prejudice, against Defendants Taylored Media Group, LLC and Jamie Taylor, each party to bear its own costs and attorney's fees.

Dated: September 30, 2025

                Respectfully submitted,

                By: /s/ Jenifer C. Wallis
                Amanda K. Greenspon, (CT SBN #426639)
                **MUNCK WILSON MANDALA, LLP**
                2255 Glades Road
                Boca Raton, FL 33431
                Telephone: (561) 210-4904
                Facsimile: (972) 628-3616
                Email: agreenspon@munckwilson.com

                Jenifer C. Wallis (*Pro Hac Vice*)
                **MUNCK WILSON MANDALA, LLP**
                1925 Century Park East, Suite 2300
                Los Angeles, California 90067
                Telephone:(310) 855-3311
                Facsimile: (972) 628-3616
                Email: jwallis@munckwilson.com

                *Attorneys for Plaintiffs,*
                **NEXSTAR MEDIA INC.**